UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN GILBERT CEASER** | **CIVIL ACTION** |
| **VERSUS** | |
| **INTUITIVE SURGICAL, INC.** | **NO.:15-00320-BAJ-EWD** |

## ORDER AND RULING

Considering the **Rule 41(a) Stipulation of Dismissal (Doc. 14)** filed by Plaintiff John Gilbert Ceaser, Natural Father and Provisional Tutor of the minor child, La'Dara Virgie Verduzco,

**IT IS ORDERED** that the **Rule 41(a) Stipulation of Dismissal (Doc. 14)** is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this <u>15th</u> day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JURY